# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TECHRADIUM, INC. § | |
|    Plaintiff § | |
| § | Civil Action No. 09-2490 |
| v. § | |
| § | Jury |
| TWITTER, INC. § | |
|    Defendant § | |
| § | |

## AGREED APPLICATION FOR
## EXTENSION OF TIME TO ANSWER COMPLAINT

1. This is a patent infringement lawsuit filed by Plaintiff, TechRadium, Inc. against Defendant Twitter, Inc. on August 4, 2009. Defendant was served with process on August 13, 2009 via certified mail. Defendant's Answer was due on or about September 2, 2009.

2. The parties have agreed and stipulated to extend the deadline for Defendant to file its Answer until October 2, 2009.

WHEREFORE, the parties request that the Court sign the attached order setting October 2, 2009 as the deadline for Defendant to file its answer.

                                          Respectfully submitted,

                                          /s/   W. Shawn Staples_____
                                       W. Shawn Staples
                                       TBN 00788457 ▪ S.D.Tex. No. 17122
                                       The Mostyn Law Firm
                                       3810 W. Alabama St. ▪ Houston, Texas 77027
                                       Tel: 713-861-6616 ▪ Fax: 713-861-8084
                                       Email: wsstaples@mostynlaw.com
                                       Attorney in Charge for TechRadium, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2009 a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date. Those hereby served include the following:

    Lynn H. Pasahow
    David D. Schumann
    Fenwick & West LLP
    555 California Street
    San Francisco, CA 94104

                                          /s/ *W. Shawn Staples*
                                          W. Shawn Staples