IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TECHRADIUM, INC.<br>Plaintiff<br><br>v.<br><br>TWITTER, INC.<br>Defendant | §<br>§<br>§   Civil Action No. 09-2490<br>§<br>§   Jury<br>§<br>§<br>§ |

### ORDER

Pursuant to agreement of the Parties, the deadline for Defendant Twitter, Inc. to file its Answer in this case is October 2, 2009.

Signed this 16th day of September, 2009.

_____
Judge Presiding