# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TECHRADIUM, INC.,** § <br> § <br> **Plaintiff** § <br> § <br> vs. § <br> § <br> **TWITTER, INC.,** § <br> § <br> **Defendant.** § | NO.   4:09-cv-02490 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TWITTER, INC

Defendant, Twitter, Inc. ("Twitter"), by the undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, certifies that (1) Twitter has no parent company; and (2) no publicly held corporation owns more than ten percent (10%) or more of Twitter stock.

Dated: October 2, 2009                    Respectfully submitted,

*/s/ Tyler A. Baker*
Tyler A. Baker, Texas Bar No. 01595600
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200
Email:  tbaker@fenwick.com

ATTORNEYS FOR DEFENDANT
TWITTER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2009, I directed that the foregoing document be electronically filed with the Clerk of the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Tyler A. Baker*
Tyler A. Baker