# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TECHRADIUM, INC.<br>  Plaintiff<br><br>v.<br><br>TWITTER, INC.<br>  Defendant | Civil Action No. 09-2490<br>(J. Rosenthall)<br>Jury |

## PLAINTIFF TECHRADIUM'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, TechRadium, Inc., files this disclosure statement as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Plaintiff, TechRadium, Inc. is a Texas corporation with its principal place of business in Texas.

2. TechRadium, Inc. has no parent corporation, and no publicly held company owns ten percent or more of TechRadium stock.

Respectfully submitted,

/s/   *W. Shawn Staples*
W. Shawn Staples
TBN 00788457 ▪ S.D.Tex. No. 17122
The Mostyn Law Firm
3810 W. Alabama St. ▪ Houston, Texas 77027
Tel: 713-861-6616 ▪ Fax: 713-861-8084
Email: wsstaples@mostynlaw.com
Attorney in Charge for TechRadium, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009 a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system, and all counsel of record are registered ECF users.

/s/ *W. Shawn Staples*
W. Shawn Staples