# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TECHRADIUM, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 4:09-cv-02490 |
| | § | |
| **TWITTER, INC.,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF FAY E. MORISSEAU

Please take notice of the appearance of the undersigned attorney, Fay E. Morisseau of McDermott Will & Emery LLP, as counsel for Defendant Twitter, Inc.

/s/ *Fay E. Morisseau*
Fay E. Morisseau (Texas Bar No. 14460750)
McDermott Will & Emery LLP
1000 Louisiana, Suite 3900
Houston, Texas 77002
Phone: 713.653.1700
Fax: 713.739.7592
E-mail: fmorisseau@mwe.com

ATTORNEY FOR DEFENDANT
TWITTER, INC.

## CERTIFICATE OF SERVICE

    I certify that on December 2, 2009, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule 5.1, if they have consented to electronic service, or (2) by facsimile if they have not so consented.

            By: */s/ Fay E. Morisseau*
                 Fay E. Morisseau