

United States Courts
Southern District of Texas
ENTERED

FEB 0 2 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIRECT TV, INC.,<br>　PLAINTIFF | §<br>§<br>§ |
| V | § CIVIL ACTION NO. H-03-3709 |
| | §<br>§ |
| RICHARD BEVIS, ET AL<br>　DEFENDANTS | §<br>§ |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON** January 30, 2004 **at** 8:45 a.m.

| **Appearance for Plaintiff** | **Appearance for Defendant** |
|---|---|
| Mark D. Goranson | Robert Scott Ramsey |

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | March 1, 2004 |
| Report furnished by: | March 1, 2004 |
| Defendant's experts to be designated by: | April 1, 2004 |
| Report furnished by: | April 1, 2004 |
| Discovery to be completed by: | August 1, 2004 |
| Dispositive motions due by: | August 1, 2004 |
| Joint pretrial order due by: | September 13, 2004 |
| Docket call to be held at 11:30 a.m. on: | September 13, 2004 |
| Estimated trial time: _3 - 4 days_ | Jury |

The following rulings were made:

　　The initial disclosures are due on or before February 15, 2004, pursuant to FRCP 26(f).

　　It is so ORDERED.

　　Signed this 30th day of January, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENNETH M. HOYT
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge