TechRadium v. Twitter, Inc.                                                                                              Doc. 12
Case 4:09-cv-02490   Document 12   Filed in TXSD on 12/08/09   Page 1 of 1
Case 4:09-cv-02490   Document 11   Filed in TXSD on 12/03/09   Page 1 of 1

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Case Number | 4:09-cv-02490 |
|---|---|---|---|
| | TechRadium, Inc. | | |
| | *versus* | | |
| | Twitter, Inc. | | |

This lawyer, who is admitted to the State Bar of    CALIFORNIA   :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Christopher D. Bright<br>McDermott Will & Emery LLP<br>18191 Von Karman Avenue, Suite 500<br>Irvine, CA 92612<br>949.757.7178<br>CA State Bar No. 206273<br>Dist. of Columbia Bar No. 474488 |
|---|---|

Seeks to appear as the attorney for this party:

| Twitter, Inc. |
|---|
| Dated: December 2, 2009     Signed: _____<br>Christopher D. Bright |

| COURT USE ONLY: The state bar reports that the applicant's status is: _____ |
|---|
| Dated: _____     Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 12/8/09          _____
United States District Judge