TechRadium v. Twitter, Inc. — Doc. 13

Case 4:09-cv-02490   Document 13   Filed in TXSD on 12/08/09   Page 1 of 1
Case 4:09-cv-02490   Document 10   Filed in TXSD on 12/02/09   Page 1 of 1

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-02490 |
|---|---|---|---|
| | TechRadium, Inc. | | |
| | *versus* | | |
| | Twitter, Inc. | | |

This lawyer, who is admitted to the State Bar of ___the District of Columbia___ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number / Federal Bar & Number | Michael S. Nadel<br>McDermott Will & Emery LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>202.756.8000<br>D.C. Bar No. 470144<br>District of Maryland Bar No. 16241 |
|---|---|

Seeks to appear as the attorney for this party:

| Twitter, Inc. |
|---|
| Dated: December 2, 2009    Signed: /s/ |

COURT USE ONLY: The state bar reports that the applicant's status is: _____ .

Dated: _____   Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*

Dated: 12/8/09           _____
                          United States District Judge