# THIS INSTRUMENT

# \# 8

# HAS NOT BEEN IMAGED

# BECAUSE

# IT EXCEEDS 50 PAGES.

# THE ORIGINAL

# DOCUMENT/EXHIBIT

# IS IN THE

# MAIN CASE FILE.

TechRadium v. Twitter, Inc.    Doc. 14

ClibPDF - www.fastio.com    Dockets.Justia.com