UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Case Number | 4:09-CV-02490 |
|---|---|---|---|
| | TECHRADIUM, INC. | | |
| | *versus* | | |
| | TWITTER, INC. | | |

This lawyer, who is admitted to the State Bar of California on 12/30/2002:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | DAVID D. SCHUMANN<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA 94104<br>415-875-2300<br>CA State Bar No. 223936 |
|---|---|

Seeks to appear as the attorney for this party:   TWITTER, INC.

Dated: 12/9/09     Signed: _____
                           DAVID D. SCHUMANN

COURT USE ONLY: The state bar reports that the applicant's status is: _____.

Dated: _____    Signed: _____
                                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                     United States District Judge