IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-03-3709 |
| | § | |
| RICHARD BEVIS and BRADLEY WILSON | § | |
| *Defendants.* | § | |

## ORDER WITHDRAWING REQUEST FOR DEFAULT JUDGMENT AS TO BRADLEY WILSON

The Request for Default Judgment as to Bradley Wilson is withdrawn.

Signed the 24th day of March, 2004

_____
United States District Judge