UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Case Number | 4:09-CV-02490 |
|---|---|---|---|
| | TECHRADIUM, INC. | | |
| | *versus* | | |
| | TWITTER, INC. | | |

This lawyer, who is admitted to the State Bar of California on 12/13/1972:

| | |
|---|---|
| Name | LYNN H. PASAHOW |
| Firm | FENWICK & WEST LLP |
| Street | 801 California Street |
| City & Zip Code | Mountain View, CA 94041 |
| Telephone | 650-988-8500 |
| Licensed: State & Number | CA State Bar No. 54283 |
| Federal Bar & Number | |

Seeks to appear as the attorney for this party:    TWITTER, INC.

Dated: December 8, 2009     Signed: /s/ Lynn H. Pasahow
LYNN H. PASAHOW

COURT USE ONLY: The state bar reports that the applicant's status is: ACTIVE

Dated: 12/10/09     Signed: /s/ Shannon Butler
Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: 12/10/09     /s/
United States District Judge