odismpr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 9 1999

Michael N. Milby, Clerk

BEN MILLER,                          §
          Plaintiff,                 §
v.                                   §    CIVIL ACTION H-98-1678
                                     §
TOMMY THOMAS, et al.,                §
          Defendants.                §

ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum on Dismissal

entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on ___*August 7*___,

19_99_.

_Ewing Werlein, Jr._
UNITED STATES DISTRICT JUDGE

TechRadium v. Twitter, Inc.          Doc. 18

#7

ClibPDF - www.fastio.com          Dockets.Justia.com