UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Case Number | 4:09-CV-02490 |
|---|---|---|---|
| TECHRADIUM, INC. | | | |
| *versus* | | | |
| TWITTER, INC. | | | |

This lawyer, who is admitted to the State Bar of <u>California on Jan. 12, 2009</u>

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | PHILLIP J. HAACK<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>650-988-8500<br>CA State Bar No. 262060 |
|---|---|

Seeks to appear as the attorney for this party:   TWITTER, INC.

| Dated: *December 8, 2009* | Signed: _Phillip J. Haack_<br>PHILLIP J. HAACK |
|---|---|

| COURT USE ONLY: The state bar reports that the applicant's status is: <u>ACTIVE</u>. |
|---|
| Dated: 12/10/09     Signed: *Marron Butler*<br>Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Dated: _12/10/09_                    _[signature]_
                                     United States District Judge