IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TECHRADIUM, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 4:09-cv-02490 |
| | § | |
| **TWITTER, INC.,** | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF APPEARANCE OF JOHN C. LOW

Please take notice of the appearance of the undersigned attorney, John C. Low of McDermott Will & Emery LLP, as counsel for Defendant, Twitter, Inc.

/s/ *John C. Low*
John C. Low (Texas Bar No. 24050960)
McDermott Will & Emery LLP
1000 Louisiana, Suite 3900
Houston, Texas 77002
Phone: 713.653.1700
Fax: 713.739.7592
E-mail: jlow@mwe.com

ATTORNEY FOR DEFENDANT
TWITTER, INC.

## CERTIFICATE OF SERVICE

  I certify that on December 11, 2009, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule 5.1, if they have consented to electronic service, or (2) by facsimile if they have not so consented.

                By: /s/ *John C. Low*
                   John C. Low