IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 10 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., <br> *Plaintiff*, <br><br> V. <br><br> RICHARD BEVIS and BRADLEY WILSON <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. H-03-3709 |

### PLAINTIFF DIRECTV'S NOTICE OF SETTLEMENT
### WITH RICHARD BEVIS AND BRADLEY WILSON

Plaintiff, DIRECTV, Inc. ("DIRECTV") files this Notice that it has agreed to settle its claims against Defendants Richard Bevis and Bradley Wilson. This case has a September 13, 2004 docket call. Defendants will enter into a Mutual Release and Settlement Agreement with DIRECTV. The parties will attempt to have all settlement documents executed within the next thirty (30) days.

Respectfully submitted,

LAW OFFICE OF MARK D. GORANSON

By: *Mark D. Goranson/SAB*
MARK D. GORANSON
State Bar No. 08192950
Federal ID No. 9093
2990 Richmond Ave., Suite 101
Houston, Texas 77098
713.526.9200- Telephone
713.526.9202- Facsimile

**ATTORNEY FOR PLAINTIFF**

OF COUNSEL:

**GREER, HERZ & ADAMS, L.L.P.**
**Roni Sunderman**
State Bar No. 24027899
Federal ID No. 29994
**Robert A. Swofford**
State Bar No. 00791765
Federal ID No. 19403
**Joseph R. Russo**
State Bar No. 24002879
Federal ID No. 22559
**Joe A. C. Fulcher**
State Bar No. 07509320
Federal ID No. 14126
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (telephone)
(409) 766-6424 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all counsel of record by United States First Class mail, postage prepaid on September 10, 2004.

Mr. Scott Ramsey
ATTORNEY AT LAW
3000 Smith
Houston, Texas 77006
Attorney for Richard Bevis

Ms. Sheri R. Hunter
JACKSON WALKER, LLP
100 Congress, Suite 1100
Austin, Texas 78701
Attorney for Bradley Wilson

_Mark D. Goranson /ShB_
Mark D. Goranson