IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TECHRADIUM, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. H-09-2490 |
| TWITTER, INC., | § § § | |
| Defendant. | § § | |

## ORDER

The unopposed motion by defendant Twitter, Inc. ("Twitter") for an order permitting the withdrawal of the appearance of Tyler Baker of Fenwick & West LLP as counsel for Twitter and designating Fay E. Morisseau of McDermott Will & Emery LLP, who has previously entered his appearance as attorney-in-charge for Twitter, is granted. The appearance of Tyler Baker is withdrawn. Fay E. Morisseau is designated attorney-in-charge for Twitter.

SIGNED on December 14, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

P:\CASES\2009\09-2490\withdraw order.wpd