**YORK'S RESPONSE IN OPPOSITION TO DEFENDANTS'**
**MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT**

# EXHIBIT K

BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD

SUITE 2500

HOUSTON, TEXAS 77056-3000

(713) 623-0887

FAX (713) 960-1527

DAVID A. WALTON

DIRECT DIAL: (713) 960-7347
EMAIL: DWALTON@BMPLLP.COM

April 3, 2006

Mr. Charles E. Frost, Jr.  
CHAMBERLAIN HRDLICKA WHITE  
WILLIAMS & MARTIN PC  
1200 Smith Street, Suite 1400  
Houston, Texas 77002-4310

*Via Certified Mail,*  
*Return Receipt Requested*

RE: C.A. No. H-05-02181; *The York Group, Inc. v. Horizon Casket Group, Inc., et al. v. Melton Co., Inc., et al.;* In the U.S. Southern District of Texas, Houston Division

Dear Charles:

Enclosed are additional documents we have received to date in response to subpoenas for production of documents or tangible things. The enclosed documents were produced by Warfield-Rohr Casket Company, Inc., through its counsel, Mr. Charles S. Hirsch of Ballard Spahr Andrews & Ingersoll, L.L.P., and includes 131 pages of documents bates-numbered WR 1 to WR 131. Disclosure of any and all of Warfield-Rohr's documents produced herein are governed by the Agreed Confidentiality Order, and these documents may only be used for purposes of the above-referenced litigation.

Should you have any questions or comments in regard to the foregoing, please do not hesitate to contact me.

Sincerely,

David A. Walton

DAW/lk  
Enclosures

Mr. Charles E. Frost, Jr.
April 3, 2006
Page 2

---

cc: Matthew C. Blickensderfer  *Via Certified Mail, RRR*
    FROST BROWN TODD, L.L.C.  *(w/enclosures)*
    2200 PNC Center
    201 East Fifth Street
    Cincinnati, Ohio 45202-4182

    Douglas H. Elliott  *Via Certified Mail, RRR*
    PATTERSON & SHERIDAN, L.L.P.  *(w/enclosures)*
    3040 Post Oak Blvd., Suite 1500
    Houston, Texas 77056-6582

    Charles S. Hirsch  *Via Facsimile*
    BALLARD SPAHR ANDREWS & INGERSOLL, L.L.P.  *(w/o enclosures)*
    300 East Lombard Street, 18th Floor
    Baltimore, Maryland 21202-3268




# ShipRequest™

| | |
|---|---|
| Ship To: | Charles E. Frost, Jr. |
| Company: | Chamberlain Hrdlicka |
| Address 1: | 1200 Smith Street |
| Address 2: | Suite 1400 |
| Address 3: | |
| City: | Houston |
| State/Province: | Texas |
| ZIP/Postal Code: | 77002-4310 |
| Country: | United States |
| email: | |
| Phone: | (713) 654-9674 |
| Matter #: | 050427 |
| Case Name: | YORK |
| Doc Name: | Warfield-Rohr docs |
| Package Type: | Package |
| Address Type: | Commercial |
| Deliver By: | Thu, April 6, 2006 |
| Atty Initials: | DAW |

APR 0 3 2006

Special Instructions:

71 1143 5369 1000 0266 43

Paul

| | |
|---|---|
| Sender Name: | Leda Karchmer |
| email: | lkarchmer@bmpllp.com |
| Prepared By: | Leda Karchmer |
| Phone: | 713-871-6704 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x **Willie Hargrove** ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Willie Hargrove* / C. Date of Delivery 06/06/06 |
| 1. Article Addressed to:<br><br>Chamberlain Hrdlicka<br>Charles E. Frost, Jr.<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002-4310 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>050427<br>DAW<br>YORK<br>Warfield-Rohr do |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7111 4353 6910 0002 6643 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540