YORK'S RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT

# EXHIBIT L

BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD

SUITE 2500

HOUSTON, TEXAS 77056-3000

(713) 623-0887

FAX (713) 960-1527

DAVID A. WALTON

DIRECT DIAL: (713) 960-7347
EMAIL: DWALTON@BMPLLP.COM

August 28, 2006

**Mr. Lane Lowrey**
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, L.L.P.
5847 San Felipe, Suite 2300
Houston, Texas 77057

*Via Certified Mail, RRR (w/ enclosures)
and Facsimile (w/o enclosures)*

RE: C.A. No. H-05-02181; *The York Group, Inc. v. Horizon Casket Group, Inc., et al. v. Melton Co., Inc., et al.;* In the U.S. Southern District of Texas, Houston Division

Dear Lane:

Enclosed are documents we have received to date in response to subpoenas for production of documents or tangible things to Yorktowne Casket, Inc. ("Yorktowne") and Royal Casket Company, Inc. ("Royal"). The enclosed documents include approximately 140 pages of documents from Yorktowne, bated-numbered YTC 0001 to YTC 0140A and 1,090 pages of documents from Royal, bates-numbered RCC 00001 to RCC 01090.

Disclosure of any and all of Yorktowne's and/or Royal's documents produced herein are governed by the Agreed Confidentiality Order, and these documents may only be used for purposes of the above-referenced litigation. Many of these documents are marked "LAWYER-CONFIDENTIAL" or "CONFIDENTIAL"; therefore, please ensure that the terms of the Agreed Confidentiality Order are strictly followed.

Should you have any questions or comments in regard to the foregoing, please do not hesitate to contact me.

Sincerely,

David A. Walton

DAW/dag
Enclosures

---

cc: **Douglas H. Elliott**
PATTERSON & SHERIDAN, L.L.P.
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056-6582

*Via Facsimile*
*(w/o enclosures)*

 Pitney Bowes

# ShipRequest™



| | |
|---|---|
| Ship To: | Lane Lowrey |
| Company: | Wilson Elser Moskowitz |
| Address 1: | Elderman & Dicker, L.L.P. |
| Address 2: | 584? |
| Address 3: | |
| City: | Hous |
| State/Province: | Texa |
| ZIP/Postal Code: | 7705 |
| Country: | Unit |
| email: | |
| Phone: | |
| Matter #: | 0504 |
| Case Name: | York |
| Doc Name: | Doc. |
| Package Type: | Tube |
| Address Type: | Comm |
| Deliver By: | Thu, |
| Atty Initials: | DAW |

AUG 2 8 2006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Wilson Elser Moskowitz
Lane Lowrey
Elderman & Dicker, L.L.P.
5847 San Felipe, Suite 2300
Houston, TX 77057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   8/29/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
050427
DAW
York (TX Lit)
Doc. subpoena pr

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7111435369100004 0489
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Special Instructions:**

71 1143 5369 1000 0404 89

| | |
|---|---|
| Sender Name: | David A. Walton |
| email: | dwalton@bmpllp.com |
| Prepared By: | Dee Griffin |
| Phone: | 713-623-0887 |