#4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED

OCT 07 1999

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. B-99-383 |
| | § | |
| GILBERTO BERMUDEZ-OLIVAREZ | § | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA
### AND FED. R. CRIM. P. 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, Gilberto Bermudez-Olivarez, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 5th day of October, 1999.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney