UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-05-375 |
| | § | |
| CHARLES ANTHONY ROBERTS | § | |

**GOVERNMENT'S STATEMENT OF NON-OBJECTION
TO THE PRESENTENCE REPORT PURSUANT TO LOCAL RULE 17**

TO THE HONORABLE JUDGE LEE H. ROSENTHAL:

COMES NOW the United States of America, by and through Donald J. DeGabrielle, Jr., United States Attorney for the Southern District of Texas and Eric D. Smith, Assistant United States Attorney for the Southern District of Texas, files **GOVERNMENT'S STATEMENT OF NON-OBJECTION TO THE PRESENTENCE REPORT PURSUANT TO LOCAL RULE 17**.

I.

The Government has no objection to either the factual findings or conclusions drawn in the Presentence Report nor the manner in which the offense level was computed.

    Respectfully submitted,

    DONALD J. DeGABRIELLE, JR.
    United States Attorney

By: _____
    ERIC D. SMITH
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **GOVERNMENT'S STATEMENT OF NON-OBJECTION TO THE PRESENTENCE REPORT PURSUANT TO LOCAL RULE 17** has been emailed to counsel for the Defendant on this the 17th day of April 2006.

Peter Bray
Assistant Federal Public Defender
Attorney for Charles Anthony Roberts
P.O. Box 61508
Houston, Texas 77208

Mitchell R. Ott
United States Probation Officer
515 Rusk Avenue, Room 2301
P.O. Box 61207
Houston, Texas 77208

---

Eric D. Smith
Assistant United States Attorney