IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAWALJEET K. TAGORE, <br><br>        Plaintiff, <br><br>  v. <br><br>THE UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, FEDERAL PROTECTIVE SERVICE; U.S. DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; JANET NAPOLITANO, Secretary of the U.S. Department of Homeland Security; TIMOTHY F. GEITHNER, Secretary of the Treasury; WILLIAM A. CARMODY, III; DAVID HIEBERT; CHRISTINA NAVARETE-WASSON; SERGIO ARELLANO; JAMES K. ELLIS; NIEVES NARVAEZ; and DOES 1-25, <br><br>        Defendants. | Case No. 4:09-CV-00027 |

## **NOTICE OF APPEARANCE**

Please take notice that Jesse Z. Grauman hereby enters his appearance as co-counsel for defendants Timothy Geithner, the United States Department of Homeland Security, the Federal Protective Service, Janet Napolitano, William A. Carmody III, and David Hiebert (collectively "federal defendants").

Dated: December 30, 2009                  Respectfully submitted,

                                              TONY WEST
                                              Assistant Attorney General

                                              TIM JOHNSON
                                              Acting United States Attorney

STUART A. LICHT
Assistant Branch Director

VESPER MEI
Senior Counsel

/s/ Jesse Z. Grauman
JESSE Z. GRAUMAN (Va. Bar No. 76782)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
20 Massachusetts Avenue, Room 6141
Washington, DC 20001
Telephone: (202) 514-2849
Facsimile: (202) 616-8470
Email: jesse.z.grauman@usdoj.gov
*Co-Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Notice of Appearance has been delivered electronically on December 30, 2009, via the District's ECF system, to counsel for plaintiff:

Scott David Newar
Attorney at Law
700 Louisiana
25th Fl
Houston , TX 77002
Email: newar@newarlaw.com

Eric Christopher Rassbach
The Becket Fund for Religious Liberty
1350 Connecticut Ave NW
Ste 605
Washington , DC 20036
Email: erassbach@becketfund.org

Amardeep Singh Bhalla
The Sikh Coalition
40 Exchange Place
Ste. 728
New York , NY 10005
Email: amar@sikhcoalition.org

Harsimran Kaur Dang
The Sikh Coalition
39465 Paseo Padre Pkwy
Ste. 3550
Freemont , CA 94538
Email: harsimran@sikhcoalition.org

                                                    /s/ Jesse Z. Grauman
                                                    JESSE Z. GRAUMAN