UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC., *et al*, <br><br> Plaintiffs, <br> VS. <br><br> GOOGLE, INC., <br><br> Defendant. | § <br> § <br> § <br> § <br> §    CIVIL ACTION NO. C-09-199 <br> § <br> § <br> § <br> § |

### ORDER GRANTING LEAVE TO FILE DEFENDANT GOOGLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Before the Court is Defendant Google Inc.'s Motion for Leave to File Its Reply Brief in Support of Its Motion to Dismiss. (D.E. 26.) After considering the Motion, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant Google Inc.'s Reply Memorandum of Law in Further Support of Its Motion to Dismiss is deemed filed as of the date of this Order.

SIGNED and ORDERED this 22nd day of October, 2009.

                      _____
                           Janis Graham Jack
                          United States District Judge

Dockets.Justia.com