# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Margaret Caruso
Quinn Emanuel et al
555 Twin Dolphin Dr
Ste 560
Redwood Shores  CA  94065

---

Case: 2:09-cv-00199    Instrument: 32    (1 pages)   aty
Date: Oct 20, 2009
Control: 091020039
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail.  See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49,  Fed.R.Bankr.P. 9022,9036.   For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: ( ____ ) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: ( ____ ) _____

**Mail to:**    Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

Dockets.Justia.com

UNITED STATES POSTAGE

PITNEY BOWES

02 1A
0004607943
$ 00.44⁰
OCT 20 2009
MAILED FROM ZIPCODE 78401

NIXIE        941    DC  1          70  11/02/09

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78401204258      *1310-00360-20-38

Clerk of Court

NOV 0 5 2009

FILED
Southern District of Texas
United States Courts

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS