# UNITED STATES DISTRICT COURT
## For the Southern District of Texas

UNITED STATES OF AMERICA

                Plaintiff

v.                                    Case No.: 7:05−po−00966
                                    Magistrate Judge Dorina Ramos

Ruben Hernandez−Reser

                Defendant

---

## JUDGMENT

On **2/25/05**, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged in the Complaint; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **15 days and a special assessment of $10.00 are hereby imposed. Defendant is to be given credit for time already served on said sentence.**

DONE at McAllen, Texas, on **3/3/05**.


_____
Dorina Ramos
United States Magistrate Judge

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____

to _____

at _____, with a certified copy of the Judgment.


By: _____
               Deputy U.S. Marshal