IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TECHRADIUM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-2490 |
| | § | |
| TWITTER, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the parties' agreement, the deadline for the plaintiff and defendant to file their PR 4-3 Joint Claim Construction and Prehearing Statement is extended until **May 7, 2010**.

SIGNED on April 26, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge