IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TECHRADIUM, INC.<br>　　Plaintiff<br><br>v.<br><br>TWITTER, INC.<br>　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:09-cv-02490<br>J. Rosenthal<br>Jury |

**ORDER**

Plaintiff brought its Unopposed Motion To Stay Litigation Pending USPTO Reexamination Of Patent No. 7,130,389. Based on consideration of the pleadings, the file, the Motion, and the applicable law, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that this case is stayed until such time as the United States Patent and Trademark Office issues a final Order on the Reexamination Of Patent No. 7,130,389. This Order does not preclude either party from petitioning the court to lift this stay if it appears that substantial justice or judicial economy is not served by continuing the stay, or petitioning the court to preserve testimony or other evidence relevant and important to the case if such testimony or evidence is in danger of becoming unavailable.

Signed this _____ day of _____, 2010 at Houston, Texas.

_____
Judge Presiding