IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TECHRADIUM, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-09-2490 |
| § | |
| TWITTER, INC., § | |
| § | |
| Defendant. § | |

**ORDER**

The Unopposed Motion to Stay Litigation Pending USPTO Reexamination of Patent No. 7,130,389 is granted. This case is stayed and administratively closed until the United States Patent and Trademark Office issues a final order on the reexamination of Patent No. 7,130,389. The stay may be lifted and the case reinstated to the active docket if either party files a motion to do so and shows that substantial justice or judicial economy is not served by continuing the stay, or that it is necessary to preserve testimony or other evidence relevant and important to the case to prevent it from becoming unavailable, or a motion is filed within 14 days after the USPTO issues its final order.

SIGNED on August 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge