IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TECHRADIUM, INC.<br>    Plaintiff<br><br>v.<br><br>TWITTER, INC.<br>    Defendant | §<br>§<br>§  Civil Action No. 4:09-cv-02490<br>§       J. Rosenthal<br>§       Jury<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

Plaintiff, TechRadium, Inc., and Defendant, Twitter, Inc., file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  TechRadium and Twitter hereby stipulate as follows:

1. All of the claims TechRadium has brought against Twitter in this case are hereby dismissed with prejudice;

2. All of the counterclaims Twitter has brought against TechRadium in this case are hereby dismissed with without prejudice; and

3. Each party will bear its own costs.

This case is not a class action, a receiver has not been appointed in this case, and this case is not governed by any federal statute that requires a court order for dismissal of this case.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *W. Shawn Staples*<br>W. Shawn Staples<br>Tx. Bar No. 00788457<br>The Mostyn Law Firm<br>3810 W. Alabama St.<br>Houston, Texas 77007<br>Tel: 713-861-6616<br>Fax: 713-861-8084<br>Email: wsstaples@mostynlaw.com<br><br>Attorney for Plaintiff, TechRadium, Inc. | /s/ *Phillip J. Haack*<br>Phillip J. Haack (Admitted *Pro Hac Vice*)<br>CA Bar No. 176148<br>E-mail:  dhadden@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone: 650-988-8500<br>Fax: 650-938-5200<br><br>Attorney for Defendant,  Twitter, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010 a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1.  The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system.  Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

    /s/ *Phillip J. Haack*
    Phillip J. Haack