IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TECHRADIUM, INC. <br> Plaintiff <br><br> v. <br><br> TWITTER, INC. <br> Defendant | § § § § § § § § | Civil Action No. 4:09-cv-02490 <br> J. Rosenthal <br> Jury |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the claims TechRadium has brought against Twitter in this case are dismissed with prejudice, and all of the counterclaims Twitter has brought against TechRadium in this case are dismissed without prejudice. Each party will bear its own costs.

Signed on December 7, 2010 at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge